IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Terry Conant,

    Plaintiff,

v.

    Case No. 2:08-cv-0902

Delaware County Board of
Commissioners, et al.,

    JUDGE SARGUS

    Defendants.

## ORDER

Plaintiff has filed a motion to dismiss this case without prejudice. Defendants have not opposed the motion. Consequently, this case is DISMISSED WITHOUT PREJUDICE.

Date: 7-30-2009

Edmund A. Sargus, Jr.
United States District Judge