# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TERRY CONANT,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO. C2-08-0902**

**DELAWARE COUNTY BOARD**      **JUDGE EDMUND A. SARGUS, JR.**
**OF COMMISSIONERS, ET AL.,**      **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed July 30, 2009, JUDGMENT is hereby entered DISMISSING this case without prejudice.**

Date: August 3, 2009                      JAMES BONINI, CLERK

                                                       */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                       Courtroom Deputy Clerk